**550**

STATE ex rel. Allen LOCKE, Relator,

v.

**The Honorable Glenn A. BURKART, Judge, Circuit Court, Greene County, Division IV, and his Successors, Respondent.**

No. 59896.

Supreme Court of Missouri,
En Banc.

March 15, 1977.

Rehearing Denied April 11, 1977.

Theodore A. Strecker, Springfield, for relator.

Ben K. Upp, Springfield, for respondent.

MORGAN, Judge.

Relator, Allen Locke, is charged in the Circuit Court of Greene County with the capital murder of one Ronald Max Ray under the provisions of §§ 559.005 and 559.-009, RSMo Supp.1975. His motion to dismiss the information against him, based on the alleged unconstitutionality of said sections, was overruled by the trial court.

Thereafter, this court, upon the petition of relator, issued its provisional rule in prohibition; arguments were made; and, the cause was submitted.

The court now having concluded that prosecution may be had under § 559.005 with punishment as specified in § 559.011, for the reasons delineated in *State of Missouri v. Duren*, Mo., 547 S.W.2d 476 (No. 59763) handed down this date, our provisional rule herein should be quashed.

It is so ordered.

BARDGETT, HENLEY, FINCH, DONNELLY and RENDLEN, JJ., concur.

SEILER, C. J., concurs in part and dubitative in part in separate opinion filed.

SEILER, Chief Justice, concurring in part and dubitative in part.

This case being governed by *State v. Duren*, Mo., 547 S.W.2d 476, No. 59763, handed down this date, I take the same position in this case as I did there and adopt by reference the opinion I filed therein.